AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 28 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 25MR348
1220 N Reymond Street, Las Cruces, New Mexico, )
88005, and Seizure of Weapons, Ammunition, and )
Electronic Devices )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

1220 N Reymond Street, Las Cruces, New Mexico, 88005, more fully described in Attachment A, which is attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   March 11, 2025   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **Gregory B. Wormuth**   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   February 27, 2025   2:55 PM             [signature]
                                                                *Judge's signature*

City and state:   Las Cruces, NM             **Gregory B. Wormuth**   **Chief U.S. Magistrate Judge**
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>25MR348 | Date and time warrant executed:<br>2/28/25 10:00am | Copy of warrant and inventory left with:<br>Left at residence |
| Inventory made in the presence of :<br>SPS Victor Cordero | | |

Inventory of the property taken and name of any person(s) seized:

See Attached chain of custody - 6051's
#8969565
#8969566
#8969567

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/28/25

*Executing officer's signature*

Stephani Legarreta, Special Agent
*Printed name and title*



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**No. 8969565**

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE
Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | 2025242100001801 |
| 2 | Incident No. | |
| 3 | Investigative Case No. | LS16B25LS0001 |
| 4 | Enforce No. | |
| 5 | Prior Detention? | ☐ Yes ☒ No |
| 6 | Date Seized | 02/28/25 |
| 7 | Time Seized (24 Hrs) | 0900 ☒ a.m. ☐ p.m. |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name | ORTEGA LOPEZ, CHRISTHIAN ADRIAN |
|   | Address | 1270 N REYMOND ST, LAS CRUCES, NM 88005 |
|   | Telephone No. | |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | |
| 12 | Remarks | |
| 13 | Send Correspondence to: | 11541 MONTANA AVE, EL PASO, TX 79936 |

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | BLK SAMSUNG CELL  A9486429 | 1 | BG | 1 | EA | |
| 0002 | BLK IPHONE  A9486428 | 1 | BG | 1 | EA | |
| 0003 | BLUE IPHONE (STICKER)  A9486427 | 1 | BG | 1 | EA | |
| 0004 | BLK SAMSUNG CELL  A9486421 | 1 | BG | 1 | EA | |
| 0005 | BLK SAMSUNG CELL  A9486419 | 1 | BG | 1 | EA | |
| 0006 | BLUE MOTOROLA  A9486420 | 1 | BG | 1 | EA | |

### 15. Seizing Officer
Print Name: Briana Vigil
Signature: [signed] For X [signature]
Date: 2/28/25

### 16. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0001-0012 | 12 SEALED BAGS | Victor Cordero, SPS-HSI | [signed] V. Cordero | 02/28/25 |
| 0001-0012 | 12 Sealed Bags | Briana Vigil, SA | [signed] BVigil | 2/28/25 |

CBP Form 6051A Continuation Sheet Attached? ☐ Yes ☐ No

CBP Retains Original

CBP Form 6051S (9/20)  Page 1 of 1

DEPARTMENT OF HOMELAND SECURITY

**CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY**
Continuation Sheet

Handbook 5200-09

1. Page  2  of  2
2. DHS Form 6051S or D No. 8969565

3. FPF Number: 2025 2421 000018 01

4. Investigative Case Number or IA File Number:

### 5. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value | f. Samples sent to DHS Lab / Date (FOR DETENTIONS ONLY) |
|---|---|---|---|---|---|
| 0007 | GRY BLU CELL (DAMAGED) A9486424 | | | $ | Yes ☐ No ☐  / / |
| 0008 | WHT IPHONE A9486418 | | | $ | Yes ☐ No ☐  / / |
| 0009 | GRN IPHONE A9486422 | | | $ | Yes ☐ No ☐  / / |
| 0010 | SEAGATE HARD DRIVE A9486423 | | | $ | Yes ☐ No ☐  / / |
| 0011 | DELL LAPTOP 3452466 | | | $ | Yes ☐ No ☐  / / |
| 0012 | MISC DOCUMENTS A9486416 | | | $ | Yes ☐ No ☐  / / |
| | | | | $ | Yes ☐ No ☐  / / |
| | | | | $ | Yes ☐ No ☐  / / |
| | | | | $ | Yes ☐ No ☐  / / |
| | | | | $ | Yes ☐ No ☐  / / |
| | | | | $ | Yes ☐ No ☐  / / |

### 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |

DHS retains original
Previous editions are obsolete

DHS Form 6051A (08/09)



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**No. 8969566**

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE
Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2025242100001802 | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| LS11825LS0001 | |

| 5. Prior Detention? ☐ Yes ☒ No  If yes, CBP 6015D No. ___ | 6. Date Seized 02/28/25 | 7. Time Seized (Use 24 Hrs) 0900 ☒ a.m. ☐ p.m. | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: MONTILLA CASTILLO, EFREN JOSE | | A9486415 |
| Address: 1220 N RAYMOND ST, LAS CRUCES, NM 88005 | 12. Remarks: | |
| Telephone No. ___ Ext. ___ | | |

13. Send Correspondence to:
11541 MONTANA AVE, EL PASO, TX 79936

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | MISC DOCUMENTS A9486415 | 1 | bg | 1 | ea | |

### 15. Seizing Officer

| Print Name | Signature | Date |
|---|---|---|
| Brian Vigil | [signature] per X | 2/28/25 |

### 16. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0001 | 1 SEALED BAG | VICTOR CORDERO SAS-HSI | V. Cordero | 02/28/25 |
| 0001 | 1 sealed Bag | Briana Vigil SA HSI | BVigil | 2/28/25 |

CBP Form 6051A Continuation Sheet Attached? ☐ Yes ☐ No

CBP Retains Original

CBP Form 6051S (9/20)                                                                 Page 1 of 1



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

No. 8969567

## CUSTODY RECEIPT FOR SEIZED PROPERTY AND EVIDENCE
Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2025242100001803 | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| LS1618250001 | |

| 5. Prior Detention? ☐ Yes ☒ No  If yes, CBP 6015D No. | 6. Date Seized 02/28/25 | 7. Time Seized (Use 24 Hrs) 0900 ☒ a.m. ☐ p.m. | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: ACEVEDO LEON JUAN MANUEL  Address: 1220 N REYMOND ST LAS CRUCES, NM 88005  Telephone No. ___ Ext. ___ | 12. Remarks: | A9486417 |

13. Send Correspondence to:
11541 MONTANA AVE, EL PASO, TX 79936

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | MISC DOCUMENTS A9486417 | 1 | bag | 1 | ea | |

| 15. Seizing Officer |  |  |
|---|---|---|
| Briana Vigil (Print Name) | For X ___ (Signature) | 2/28/25 (Date) |

### 16. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0001 | 1 SEALED BAG | VICTOR CORDERO SPS-HSI | V. ___ | 02/28/25 |
| 0001 | 1 Sealed Bag | Briana Vigil, SA HSI | ___ | 2/28/25 |

CBP Form 6051A Continuation Sheet Attached? ☐ Yes ☐ No

CBP Retains Original

CBP Form 6051S (9/20) — Page 1 of 1